```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10085
   ANGELO G HARSTON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7479


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/18/2006 and was confirmed 10/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

     The case was dismissed after confirmation 09/19/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED         17096.10       946.40       2472.53
ROBERT J ADAMS & ASSOCIA   PRIORITY       NOT FILED          .00           .00
BALLYS TOTAL FITNESS       UNSECURED      NOT FILED          .00           .00
CALVARY PORTFOLIO SVCS     UNSECURED      NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED        3240.00          .00           .00
CMI                        UNSECURED      NOT FILED          .00           .00
CMI                        UNSECURED      NOT FILED          .00           .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED          .00           .00
ENCORE RECEIVABLE MANAGE   UNSECURED      NOT FILED          .00           .00
GENERAL MOTORS ACCEPTANC   UNSECURED        9168.81          .00           .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED          .00           .00
HELLER & FRISONE           UNSECURED      NOT FILED          .00           .00
PENTAGROUP FINANCIAL       UNSECURED      NOT FILED          .00           .00
PROFESSIONAL CREDIT SERV   UNSECURED      NOT FILED          .00           .00
SECRETARY OF STATE         NOTICE ONLY    NOT FILED          .00           .00
VALENTINE & KEBARTAS       UNSECURED      NOT FILED          .00           .00
TIALIA ROBERTS             NOTICE ONLY    NOT FILED          .00           .00
IL DEPT OF HEALTHCARE &    FILED LATE           .00          .00           .00
SPRINT-NEXTEL CORP         UNSECURED         838.68          .00           .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     274.00          .00        274.00
DONNA FREEMAN              UNSECURED        1061.65          .00           .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     2,500.00                        .00
TOM VAUGHN                 TRUSTEE                                      231.07
DEBTOR REFUND              REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    3,924.00

PRIORITY                                      274.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 10085 ANGELO G HARSTON
```

```
SECURED                                                    2,472.53
    INTEREST                                                 946.40
UNSECURED                                                       .00
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                         231.07
DEBTOR REFUND                                                   .00
                                      ---------------  ---------------
TOTALS                                       3,924.00         3,924.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                  /s/ Tom Vaughn
   Dated: 12/27/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                        PAGE   2
        CASE NO. 06 B 10085 ANGELO G HARSTON